JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 168973)
Chief, Criminal Division

KESLIE STEWART  (CABN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: Keslie.Stewart@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 01-40180 SBA |
| ) | |
|    Plaintiff, ) | STIPULATION AND  ORDER |
| ) | CONTINUING HEARING DATE TO |
| v. ) | MARCH 2, 2010 |
| ) | |
| CHRISTOPHER JENS SCOTT, ) | |
| ) | |
|    Defendants. ) | |
| ) | |
| ) | |

## ORDER

This supervised release matter is next set on the Court's calendar on January 19, 2010. The defendant has another matter before Judge Hamilton.  In both cases, defense counsel asked for additional time to locate a witness.  The defense witness is now living out of state and the parties need additional time to arrange a meeting with her.  The government is also still waiting on results of DEA drug tests that will reveal the purity of the methamphetamine alleged in the indictment in the case before Judge Hamilton.  For these reasons, the parties jointly request that this matter be continued to March 2, 2010, to allow the parties time to interview witnesses and

1 attempt to resolve both matters without a trial and evidentiary hearing.  The Probation Officer
2 has no objection to this continuance.
3 STIPULATED:

4 DATED:  January 14, 2010           _____/s/_____
5                                                             JOYCE LEAVITT
                                                                   Attorney for Defendant Scott
6

7
8 DATED:  January 14, 2010           _____/s/_____
                                                                   KESLIE STEWART
                                                                   Assistant United States Attorney
9
          **IT IS SO ORDERED.**
10

11 DATED: January 15, 2010            _____
                                                                   SAUNDRA BROWN ARMSTRONG
12                                                           United States District Judge