# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CHRISTOPHER JENS SCOTT | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-01-40180-001 SBA<br>BOP Case Number: DCAN401CR040180-001<br>USM Number:    CHRISTOPHER JENS SCOTT<br>Defendant's Attorney :JOYCE LEAVITT |

**THE DEFENDANT:**

[**x**]   admitted guilt to violation of condition(s) <u>charges 1,2, & 3 of the Probation Form 12</u> of the term of supervision.
[ ]    was found in violation of condition(s) __ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through <u>4</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has not violated condition(s) __ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: | <u>MAY 18, 2010</u><br>Date of Imposition of Judgment |
| Defendant's Date of Birth: | |
| Defendant's USM No.: | *Saundra B Armstrong*<br>Signature of Judicial Officer |
| <u>Defendant's Residence Address:</u> | |
| <u>Defendant's Mailing Address:</u> | Honorable Saundra B. Armstrong, U. S. District Judge<br>Name & Title of Judicial Officer |
| | <u>      5/18/10      </u><br>Date |

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocation

DEFENDANT:  
CASE NUMBER: CR-01-40180-001 SBA

Judgment - Page 2 of 4

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | DEFENDANT WAS ARRESTED FOR POSSESSION OF A CONTROLLED SUBSTANCE | AUGUST 13, 2009 |
| 2 | DEFENDANT FAILED TO REPORT TO PROBATION OFFICER AS INSTRUCTED | AUGUST 27, 2009 |
| 3 | DEFENDANT FAILED TO NOTIFY PROBATION OF HIS ARREST | AUGUST 20, 2009 |

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

| | | |
|---|---|---|
| DEFENDANT: | CHRISTOPHER JENS SCOTT | Judgment - Page 3 of 4 |
| CASE NUMBER: | CR-01-40180-001 SBA | |

## IMPRISONMENT

   The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months .


[**x**]   The Court makes the following recommendations to the Bureau of Prisons:
THAT THE DEFENDANT PARTICIPATE IN THE BUREAU OF PRISONS DRUG TREATMENT PROGRAM; THE COURT FURTHER RECOMMENDS THAT THE DEFENDANT BE HOUSED CLOSE TO THE BAY AREA AS POSSIBLE DUE TO THE PROXIMITY TO HIS FAMILY.


[**x**]   The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]   The defendant shall surrender to the United States Marshal for this district.

   [ ] at ___ [] am [] pm on ___.
   [ ] as notified by the United States Marshal.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [ ] before 2:00 pm on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

   Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.


                                                   _____
                                                   UNITED STATES MARSHAL

                                          By  _____
                                                   Deputy United States Marshal

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

| | | |
|---|---|---|
| DEFENDANT: | CHRISTOPHER JENS SCOTT | Judgment - Page 4 of 4 |
| CASE NUMBER: | CR-01-40180-001 SBA | |

Case 4:01-cr-40180-SBA   Document 63   Filed 05/19/10   Page 4 of 4

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

DEFENDANT: CHRISTOPHER JENS SCOTT                            Judgment - Page 4 of 4
CASE NUMBER: CR-01-40180-001 SBA